A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Feb 23, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



U.S. DIST. COURT EAST DIST. WISC
FILED

FEB 2 3 2009

AT_____O'CLOCK_____M
JON W. SANFILIPPO, CLERK

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Feb 05, 2009**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: LAWNMOWER ENGINE HORSEPOWER
MARKETING AND SALES PRACTICES
LITIGATION (NO. II)**

MDL No. 1999

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-4)

On December 5, 2008, the Panel transferred 23 civil actions to the United States District Court for the Eastern District of Wisconsin for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). Since that time, 19 additional actions have been transferred to the Eastern District of Wisconsin. With the consent of that court, all such actions have been assigned to the Honorable Lynn S. Adelman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Wisconsin and assigned to Judge Adelman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Wisconsin for the reasons stated in the order of December 5, 2008, and, with the consent of that court, assigned to the Honorable Lynn S. Adelman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Wisconsin. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 23, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: LAWNMOWER ENGINE HORSEPOWER
MARKETING AND SALES PRACTICES
LITIGATION (NO. II)                                    MDL No. 1999

## SCHEDULE CTO-4 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**                        **CASE CAPTION**

ALASKA
    AK   3  09-12                 Brian Kruchoski v. Sears, Roebuck & Co., et al.

ALABAMA MIDDLE
    ALM  2  09-47               Harry M. Lynch, et al. v. Sears, Roebuck & Co., et al.

ARKANSAS EASTERN
    ARE  4  09-37               Abdallah Bishara v. Sears, Roebuck & Co., et al.

DISTRICT OF COLUMBIA
    DC   1  09-125              Humberto Gonzalez v. Sears, Roebuck & Co., et al.

KENTUCKY EASTERN
    KYE  5  09-22               Benjamin M. Keizer, et al. v. Sears, Roebuck & Co., et al.

NEW HAMPSHIRE
    NH   1  09-17               Gina H. Kunesh v. Sears, Roebuck & Co., et al.

SOUTH CAROLINA
    SC   0  09-150              Christopher Lee v. Sears, Roebuck & Co., et al.

UTAH
    UT   2  09-38               Adam E. Paulson v. Sears, Roebuck & Co., et al.

WEST VIRGINIA SOUTHERN
    WVS  2  09-10               John F. Lilly v. Sears, Roebuck & Co., et al.

WYOMING
    WY   2  09-11               Martin Marcus, et al. v. Sears, Roebuck & Co., et al.